UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR VAZQUEZ, an individual

       Plaintiff,

v.                                                   Case No:   2:15-cv-661-FtM-38CM

LEE COUNTY, FLORIDA BOARD
OF COUNTY COMMISSIONERS,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Lee County, Florida Board of County Commissioners' Motion to Dismiss (Doc. #9) filed on February 23, 2016. Plaintiff Victor Vazquez filed a Response in Opposition (Doc. #12) on March 3, 2016. The matter is ripe for review.

### Discussion

In April 2015, the Supreme Court adopted amendments to the Federal Rules of Civil Procedure, including changing the timeframe for service under Rule 4(m) from 120 days to 90 days. These amendments took effect on December 1, 2015. Plaintiff initiated this action on October 23, 2015, more than a month before the amendments became effective. (Doc. #1). Yet Plaintiff waited 102 days, until February 2, 2016, to serve Defendant. (Doc. #8). Astutely noting that the Court may apply either version of Rule

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

4(m) on these facts, Defendant asks the Court to retroactively apply the recently-amended version of Rule 4(m) and dismiss Plaintiff's Complaint for failing to provide timely service.  (Doc. #9).  While district courts maintain discretion to entertain such requests, the Court declines to do so.  See *Silvious v. Pharaon*, 54 F.3d 697, 700 (11th Cir. 1995) (explaining, in the context of previous amendments, that district courts may apply either the rule in effect when the complaint was filed or the rule in effect when service was attempted or completed).  The Court finds the pre-amended version of Rule 4(m), allowing 120 days for service, is just and practicable for this action.  Therefore, because Plaintiff timely served Defendant within 120 days, Defendant's Motion will be denied.

      Accordingly, it is now

**ORDERED:**

Defendant Lee County, Florida Board of County Commissioners' Motion to Dismiss (Doc. #9) is **DENIED**.  Defendant has fourteen (14) days to answer or otherwise respond to this action.

**DONE** and **ORDERED** in Fort Myers, Florida, this 1st day of April, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record